BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| PATTI E. STEELE, | ) | Case No. 2:15-cv-01335-CMK |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including February 22, 2016. The response is currently due January 21, 2016. This extension is being sought because of a change of Defendant's counsel. Defendant's current counsel requests an extension in order to properly evaluate and respond to the issues raised in Plaintiff's Motion for Summary Judgment.

    The parties also stipulate that the scheduling order shall be modified accordingly.

1 – Stipulation and Order Extending Def's Time

                                          Respectfully submitted,

Dated: January 21, 2016          */s/ Harvey Peter Sackett*\*
                                      HARVEY PETER SACKETT
                                      (*\*as authorized by email on January 21, 2016*)
                                      Attorney for Plaintiff

Dated: January 21, 2016          BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                          By:     */s/ Michael K. Marriott*
                                      MICHAEL K. MARRIOTT
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

Dated: February 1, 2016                       _____
                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE